UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCE UNIVERSAL MICHAEL ALSO KNOWN AS MARIO A. THOMPSON,<br><br>                           Plaintiff,<br><br>              -against-<br><br>DONALD J. TRUMP, ET AL.,<br><br>                          Defendants. | 20-CV-8052 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 15, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 15, 2020
             New York, New York

                                                 COLLEEN McMAHON
                                               Chief United States District Judge